UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERONICA ALLEN-ANDERSON, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 07cv482 |
| v. : | |
| : | |
| MORRIS JAMES LLP, : | |
| : | |
| Defendant. : | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of David H. Williams, Esquire of Morris James LLP as attorney for Defendant Morris James LLP in the above-referenced action.

*[signature: David H. Williams]*

David H. Williams (#616)
dwilliams@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Attorneys for Defendant

Dated: September 12, 2007

DHW/099999-8888/1609632/1