IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERONICA ALLEN-ANDERSON | : |
| Plaintiff | : |
| v. | : Civil Action No. 07-482 GMS |
| MORRIS JAMES HITCHENS & WILLIAMS | : |
| Defendant | : |

## ORDER

WHEREAS, on August 3, 2007, the above-captioned case was transferred from the United States District Court for the Eastern District of Pennsylvania to this court;

WHEREAS, on August 9, 2007, a letter was sent to counsel for the plaintiff, Joseph G. Manta, Esq., advising that, pursuant to Delaware Local Rule 83.5(d), counsel were required to associate themselves with local counsel on or before September 13, 2007 (D.I. 11);

WHEREAS, to date, the docket reflects that local counsel has not entered an appearance on behalf of the plaintiff;

IT IS HEREBY ORDERED that:

The plaintiff is given an additional 14 days from the date of this Order to obtain local counsel. Failure to do so may result in dismissal of this case without prejudice pursuant to Local Rule 4.1.1.

CHIEF, UNITED STATES DISTRICT JUDGE

FILED
OCT 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE