IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERONICA ALLEN-ANDERSON | : |
| Plaintiff | : |
| v. | : Civil Action No. 07-482 GMS |
| MORRIS JAMES HITCHENS & WILLIAMS | : |
| Defendant | : |
| | : |

### ORDER

WHEREAS, on August 3, 2007, the above-captioned case was transferred from the United States District Court for the Eastern District of Pennsylvania to this court;

WHEREAS, on August 9, 2007, a letter was sent to counsel for the plaintiff, Joseph G. Manta, Esq., advising that, pursuant to Delaware Local Rule 83.5(d), counsel were required to associate themselves with local counsel on or before September 13, 2007 (D.I. 11);

WHEREAS, on October 29, 2007, the court issued an Order giving the plaintiff an additional 14 days within which to obtain local counsel. The plaintiff was advised that failure to do so may result in the dismissal of this case without prejudice (D.I. 14);

WHEREAS, to date, the docket reflects that local counsel has not entered an appearance on behalf of the plaintiff;

IT IS HEREBY ORDERED that:

The above-captioned civil action is dismissed without prejudice pursuant to District of Delaware Local Rule 41.1.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

December ___6___, 2007



FILED

DEC - 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE